UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ARTHUR KIRKHAM,

Plaintiff,

v.

BILL ELFO, *et al*,

Defendants.

CASE NO. 2:26-cv-01456-JCC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the R&R.

(2) Plaintiff's First Amendment retaliation claim against Defendant Remy is DISMISSED for failure to state a claim and without further leave to amend. The Clerk's Office is DIRECTED to terminated Deputy Remy on the docket of this case.

(3) The Clerk is directed to send copies of this Order to Plaintiff to the Hon. Grady J. Leupold.

**DATED** this 27th day of October, 2026.

JOHN C. COUGHENOUR
United States District Judge